UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| REINALDO OLVARRIA, for Minor E.R.O., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, Acting Commissioner of ) <br> Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:20-CV-490-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 26]. The court GRANTS plaintiff's motions for judgment on the pleadings [D.E. 27, 29, 30, 31], DENIES defendant's motion for judgment on the pleadings [D.E. 34], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on February 14, 2022, and Copies To:**

| | |
|---|---|
| Reinaldo Olvarria | (Sent to 614 Gaslight Trail Wendell, NC 27591 via US Mail) |
| Amanda B. Gilman | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: <br> February 14, 2022 | PETER A. MOORE, JR., CLERK <br> (By) /s/ Nicole Sellers <br> Deputy Clerk |